**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: Thatched Cottage LP | § | Case No. 8-14-70002-REG |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $765,974.50

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $426,645.93

3) Total gross receipts of $ 1,192,620.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,192,620.43 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,832,230.50 | $742,824.50 | $742,824.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 261,963.44 | 261,963.44 | 261,963.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 164,682.49 | 164,682.49 | 164,682.49 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 25,925.00 | 25,925.00 | 23,150.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,187,937.89 | 2,187,937.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,472,739.32 | $3,383,333.32 | $1,192,620.43 |

4) This case was originally filed under Chapter 7 on January 02, 2014. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2019 By: /s/R. KENNETH BARNARD, ESQ.
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Little Neck Global Settlement | 1249-000 | 100,000.00 |
| DIP bank account | 1290-000 | 702,666.50 |
| Trustee v Town of Huntington, et al. | 1249-000 | 58,750.00 |
| Thatched Cottage v Greater N Y Mutual Ins | 1249-000 | 75,000.00 |
| Refund from Title Company | 1229-000 | 6,203.93 |
| Thatched Cottage v Lloyds of London | 1149-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,192,620.43 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Gibb Capital LLC | 4110-000 | N/A | 155,482.20 | 0.00 | 0.00 |
| 22 | Bethpage Federal Credit Union | 4110-000 | N/A | 5,728,974.00 | 0.00 | 0.00 |
| 24 | One Way Supply Corp. | 4210-000 | N/A | 204,949.80 | 0.00 | 0.00 |
| | Bethpage Federal Credit Union | 4110-000 | N/A | 626,000.00 | 626,000.00 | 626,000.00 |
| | Affiliated Adjustment Group Ltd | 4110-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| | Bethpage Federal Credit Union | 4110-000 | N/A | 83,849.50 | 83,849.50 | 83,849.50 |
| | Bethpage Federal Credit Union | 4110-000 | N/A | 27,975.00 | 27,975.00 | 27,975.00 |

| TOTAL SECURED CLAIMS | $0.00 | $6,832,230.50 | $742,824.50 | $742,824.50 |
|---|---|---|---|---|

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 27,747.70 | 27,747.70 | 27,747.70 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3210-000 | N/A | 101,436.53 | 101,436.53 | 101,436.53 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| U.S. Trustee Quarterly Fees - United States Trustee EDNY | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.15 | 43.15 | 43.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 138.97 | 138.97 | 138.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 118.87 | 118.87 | 118.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.29 | 64.29 | 64.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.06 | 62.06 | 62.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 983.81 | 983.81 | 983.81 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 44.14 | 44.14 | 44.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.75 | 166.75 | 166.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.45 | 166.45 | 166.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 189.17 | 189.17 | 189.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.96 | 165.96 | 165.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.72 | 165.72 | 165.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 188.35 | 188.35 | 188.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.23 | 165.23 | 165.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.77 | 187.77 | 187.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.43 | 170.43 | 170.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.51 | 164.51 | 164.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.29 | 181.29 | 181.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 169.69 | 169.69 | 169.69 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 31.43 | 31.43 | 31.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.19 | 181.19 | 181.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 158.29 | 158.29 | 158.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.02 | 175.02 | 175.02 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.85 | 157.85 | 157.85 |
| Other - Lerner, Arnold & Winston LLP | 3210-000 | N/A | 18,750.00 | 18,750.00 | 18,750.00 |
| Other - Lerner, Arnold & Winston LLP | 3220-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 249.54 | 249.54 | 249.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 255.56 | 255.56 | 255.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 248.98 | 248.98 | 248.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 282.95 | 282.95 | 282.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 248.24 | 248.24 | 248.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 273.54 | 273.54 | 273.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 256.05 | 256.05 | 256.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 247.16 | 247.16 | 247.16 |
| Other - Lerner Arnold & Winston, LLP | 3210-000 | N/A | 75,097.50 | 75,097.50 | 75,097.50 |
| Other - Lerner Arnold & Winston, LLP | 3220-000 | N/A | 2,203.50 | 2,203.50 | 2,203.50 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 97.94 | 97.94 | 97.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 438.42 | 438.42 | 438.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 469.43 | 469.43 | 469.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 502.29 | 502.29 | 502.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 484.84 | 484.84 | 484.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 551.00 | 551.00 | 551.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 483.40 | 483.40 | 483.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 532.67 | 532.67 | 532.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 459.70 | 459.70 | 459.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.78 | 180.78 | 180.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 260.33 | 260.33 | 260.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $261,963.44 | $261,963.44 | $261,963.44 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. KENNETH BARNARD, ESQ. (CH 11) | 6101-000 | N/A | 80,000.00 | 80,000.00 | 80,000.00 |
| Josephine Panzarella | 6990-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| The Law Offices of Avrum J. Rosen, PLLC | 6210-000 | N/A | 28,182.49 | 28,182.49 | 28,182.49 |
| Ruskin Moscou Faltischek, PC as attorney for Manuel Varveris | 6990-000 | N/A | 55,000.00 | 55,000.00 | 55,000.00 |

| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $164,682.49 | $164,682.49 | $164,682.49 |
|---|---|---|---|---|

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Alyson Mehl & | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| 10 | Dean Cummo | 5600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| 11P | Patricia Giordano | 5600-000 | N/A | 2,775.00 | 2,775.00 | 0.00 |
| 14P | Craig Alterman | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| 16 | Half Hollow Hills High School East | 5600-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| 21P | Catherine Sellinger | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| 34 -3 | Anthony Icban | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| 35P | Josephine Panzarella | 5600-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| 36P | Bryan Morales | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| 40 -2 | Nerilyn Cordova | 5200-000 | N/A | N/A | 0.00 | 0.00 |
| 41 | Osmin Cruz-Ramos & Samantha Jordan | 5600-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| 48P | Christine Snyder & Ryan Lipareli | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| | Clerk, United States Bankruptcy Court | 5600-000 | N/A | 2,775.00 | 2,775.00 | 2,775.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $25,925.00 | $25,925.00 | $23,150.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Happy Rock Merchant Solutions | 7100-000 | N/A | 380,827.54 | 380,827.54 | 0.00 |
| 2 -3 | Internal Revenue Service | 7100-000 | N/A | 3,586.11 | 3,586.11 | 0.00 |
| 3 -2 | Gibb Capital LLC | 7100-000 | N/A | 1,723,163.70 | 1,723,163.70 | 0.00 |
| 5 | American Express Travel Related Services | 7100-000 | N/A | 8,523.00 | 8,523.00 | 0.00 |
| 6 | Alexandra Lora | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Jordan & Frances Pekor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8U | Alyson Mehl & | 7100-000 | N/A | 2,225.00 | 2,225.00 | 0.00 |
| 9 | Brandon Flammer | 7100-000 | N/A | 814.68 | 814.68 | 0.00 |
| 11 | Patricia Giordano | 7100-000 | N/A | 2,225.00 | 2,225.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Sabrina Scheld | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Alyssandra Dluginski and Benjamin Artusa | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14 | Craig Alterman | 7100-000 | N/A | 2,225.00 | 2,225.00 | 0.00 |
| 15 | The Sherwin Williams Co | 7100-000 | N/A | 1,504.76 | 1,504.76 | 0.00 |
| 17 | Raymond Agrila | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Catherine Quigley | 7100-000 | N/A | 383.35 | 383.35 | 0.00 |
| 19 | LTP, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | 12 Little Neck, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 | Catherine Sellinger | 7100-000 | N/A | 2,225.00 | 2,225.00 | 0.00 |
| 23 | Michael Kelly and | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 25 | Chaiavoutis & Associates LLC | 7100-000 | N/A | 6,043.75 | 6,043.75 | 0.00 |
| 26 | Jessa Y Lacsina | 7100-000 | N/A | 5,672.00 | 5,672.00 | 0.00 |
| 27 | Eduardo I Dela Cueva | 7100-000 | N/A | 16,384.00 | 16,384.00 | 0.00 |
| 28 -3 | Kendrick Condes | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 29 -3 | Gerry Roxas | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 30 | Emie del Pilar | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 31 | Alicia Buada | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 32 -3 | Aeron Andrea Araja | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 33 -3 | Alexander Nacario Aguirre | 7100-000 | N/A | 16,185.00 | 16,185.00 | 0.00 |
| 36 | Bryan Morales | 7100-000 | N/A | 12,225.00 | 12,225.00 | 0.00 |
| 37 | Jennifer Bereche & Richie Wells | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 38 | The Law Offices of Avrum J. Rosen, PLLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 39 | Sandy Burnley & Jeffrey VanDeWalker | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 42 -2 | Pardeep Singh | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 43 -2 | Veronica Araja | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 44 | Hannah Carillo | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 45 -2 | Raul Villamora | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 47 | Joan Desantis | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 48U | Christine Snyder & Ryan Lipareli | 7100-000 | N/A | 3,725.00 | 3,725.00 | 0.00 |
| 49 | Jordn Pekor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,187,937.89 | $2,187,937.89 | $0.00 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP

**Period Ending:** 12/05/19

**Trustee:** (520840) R. KENNETH BARNARD, ESQ.
**Filed (f) or Converted (c):** 06/24/15 (c)
**§341(a) Meeting Date:** 08/06/15
**Claims Bar Date:** 09/06/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Little Neck Global Settlement (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 2 | DIP bank account (u) | 0.00 | 702,666.50 | | 702,666.50 | FA |
| 3 | Trustee v Town of Huntington, et al. (u) | 0.00 | 50,000.00 | | 58,750.00 | FA |
| 4 | Thatched Cottage v Greater N Y Mutual Ins (u) | 0.00 | 75,000.00 | | 75,000.00 | FA |
| 5 | Refund from Title Company (u) | 0.00 | 6,203.93 | | 6,203.93 | FA |
| 6 | Thatched Cottage v Lloyds of London | 0.00 | 75,000.00 | | 250,000.00 | FA |
| 7 | TD bank checking | 0.00 | 0.00 | | 0.00 | FA |
| 8 | claim against Joe's Friendly Service for rent | Unknown | 0.00 | | 0.00 | FA |
| **8** | **Assets** **Totals** (Excluding unknown values) | **$0.00** | **$1,008,870.43** | | **$1,192,620.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

Procedurally consolidated with the related case Joe's Friendly Service & Son Inc (814-70001).

**Initial Projected Date Of Final Report (TFR):** December 31, 2017 **Current Projected Date Of Final Report (TFR):** December 12, 2018 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP

**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/15 | {1} | Kenneth P Salvin Atty | Settlement with Little Neck Global Settlement ~ | 1249-000 | 100,000.00 | | 100,000.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.15 | 99,956.85 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.97 | 99,817.88 |
| 09/02/15 | 101 | Ruskin Moscou Faltischek, PC as attorney for Manuel Varveris | Pursuant to the stipulation and order dated 6/11/15, [Dkt No. 366 in cas 14-70001] | 6990-000 | | 55,000.00 | 44,817.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.87 | 44,699.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.29 | 44,634.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.06 | 44,572.66 |
| 12/01/15 | {2} | R. Kenneth Barnard | Chapter 11 funds distributed to chapter 7 account | 1290-000 | 51,666.50 | | 96,239.16 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 983.81 | 95,255.35 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.75 | 95,088.60 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.45 | 94,922.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.17 | 94,732.98 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.96 | 94,567.02 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.72 | 94,401.30 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.35 | 94,212.95 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.23 | 94,047.72 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.77 | 93,859.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.43 | 93,689.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.51 | 93,525.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.29 | 93,343.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.69 | 93,174.03 |
| 01/10/17 | | From Account #******2967 | Funds are no longer in dispute, transfer to regular checking account | 9999-000 | 24,955.86 | | 118,129.89 |
| 01/11/17 | 102 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2017 FOR CASE #814-70002 | 2300-000 | | 31.43 | 118,098.46 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.19 | 117,917.27 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.29 | 117,758.98 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.02 | 117,583.96 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.85 | 117,426.11 |
| 05/11/17 | {4} | Lerner Aronodl & Winston LLP | Thatched Cottage v Greater NY Mutual Insurance Co | 1249-000 | 75,000.00 | | 192,426.11 |
| 05/22/17 | 103 | Lerner, Arnold & Winston LLP | Special Litigation Counsel's compensation, pursuant to order dated 4/5/17 | 3210-000 | | 18,750.00 | 173,676.11 |
| 05/22/17 | 104 | Lerner, Arnold & Winston LLP | Special Counsel's reimbursement of expenses, | 3220-000 | | 300.00 | 173,376.11 |
| | | | Subtotals : | | $251,622.36 | $78,246.25 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP

**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | pursuant to order dated 4/5/17 | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.54 | 173,126.57 |
| 06/07/17 | {5} | First Choice Settlement LLC | Judgement escrow refund from Title Company | 1229-000 | 6,203.93 | | 179,330.50 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.56 | 179,074.94 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.98 | 178,825.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 282.95 | 178,543.01 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.24 | 178,294.77 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.54 | 178,021.23 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.05 | 177,765.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 247.16 | 177,518.02 |
| 01/11/18 | {6} | Wilson Elser Moskowitz Edelman & Dicker | Trustee vs Lloyds of London | 1149-000 | 250,000.00 | | 427,518.02 |
| 01/23/18 | 105 | Lerner Arnold & Winston, LLP | Special Litigation Counsel to the Trustee's fees, pursuant to an order dated 1/2/18 | 3210-000 | | 75,097.50 | 352,420.52 |
| 01/23/18 | 106 | Lerner Arnold & Winston, LLP | Special Litigation Counsel to the Trustee reimbursement of expenses ; pursuant to an order dated 1/2/18 | 3220-000 | | 2,203.50 | 350,217.02 |
| 01/23/18 | 107 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2018 FOR CASE #814-70002, Bond # 016027942 | 2300-000 | | 97.94 | 350,119.08 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.42 | 349,680.66 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 469.43 | 349,211.23 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 502.29 | 348,708.94 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 484.84 | 348,224.10 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 551.00 | 347,673.10 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 483.40 | 347,189.70 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 532.67 | 346,657.03 |
| 08/15/18 | 108 | Affiliated Adjustment Group Ltd | Mortgage and security interest, pursuant to stipulation and order [DOC 542] | 4110-000 | | 5,000.00 | 341,657.03 |
| 08/15/18 | 109 | Bethpage Federal Credit Union | Mortgage and security interest, pursuant to stipulation and order [DOC 542] | 4110-000 | | 83,849.50 | 257,807.53 |
| 08/15/18 | 110 | Bethpage Federal Credit Union | Mortgage and security interest, pursuant to stipulation and order [DOC 542] | 4110-000 | | 27,975.00 | 229,832.53 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.70 | 229,372.83 |
| 09/24/18 | {3} | Town of Huntington | Trustee v Town of Huntington adv pro #16-8025 | 1249-000 | 58,750.00 | | 288,122.83 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.78 | 287,942.05 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.33 | 287,681.72 |
| | | | | Subtotals : | $314,953.93 | $200,648.32 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP
**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/19 | 111 | R. KENNETH BARNARD, ESQ. | Dividend paid 100.00% on $27,747.70, Trustee Compensation; Reference: | 2100-000 | | 27,747.70 | 259,934.02 |
| 05/22/19 | 112 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $15.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 15.00 | 259,919.02 |
| 05/22/19 | 113 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $101,436.53, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 101,436.53 | 158,482.49 |
| 05/22/19 | 114 | Paritz & Company, P.A. | Dividend paid 100.00% on $25,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 25,000.00 | 133,482.49 |
| 05/22/19 | 115 | United States Trustee EDNY | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 132,832.49 |
| 05/22/19 | 116 | R. KENNETH BARNARD, ESQ. (CH 11) | Dividend paid 100.00% on $80,000.00, Trustee Compensation (Chapter 11); Reference: | 6101-000 | | 80,000.00 | 52,832.49 |
| 05/22/19 | 117 | Josephine Panzarella | Dividend paid 100.00% on $1,500.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 1,500.00 | 51,332.49 |
| 05/22/19 | 118 | The Law Offices of Avrum J. Rosen, PLLC | Dividend paid 100.00% on $28,182.49, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11); Reference: | 6210-000 | | 28,182.49 | 23,150.00 |
| 05/22/19 | 119 | Alyson Mehl & | Dividend paid 100.00% on $2,775.00; Claim# 8P; Filed: $2,775.00; Reference: | 5600-000 | | 2,775.00 | 20,375.00 |
| 05/22/19 | 120 | Dean Cummo | Dividend paid 100.00% on $1,500.00; Claim# 10; Filed: $1,500.00; Reference: | 5600-000 | | 1,500.00 | 18,875.00 |
| 05/22/19 | 121 | Patricia Giordano | Dividend paid 100.00% on $2,775.00; Claim# 11P; Filed: $2,775.00; Reference: Stopped on 09/05/19 | 5600-000 | | 2,775.00 | 16,100.00 |
| 05/22/19 | 122 | Craig Alterman | Dividend paid 100.00% on $2,775.00; Claim# 14P; Filed: $2,775.00; Reference: | 5600-000 | | 2,775.00 | 13,325.00 |
| 05/22/19 | 123 | Half Hollow Hills High School East | Dividend paid 100.00% on $1,000.00; Claim# 16; Filed: $1,000.00; Reference: | 5600-000 | | 1,000.00 | 12,325.00 |
| 05/22/19 | 124 | Catherine Sellinger | Dividend paid 100.00% on $2,775.00; Claim# 21P; Filed: $2,775.00; Reference: | 5600-000 | | 2,775.00 | 9,550.00 |
| 05/22/19 | 125 | Josephine Panzarella | Dividend paid 100.00% on $2,000.00; Claim# 35P; Filed: $2,000.00; Reference: | 5600-000 | | 2,000.00 | 7,550.00 |
| 05/22/19 | 126 | Bryan Morales | Dividend paid 100.00% on $2,775.00; Claim# 36P; Filed: $2,775.00; Reference: | 5600-000 | | 2,775.00 | 4,775.00 |
| | | | Subtotals : | | $0.00 | $282,906.72 | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP

**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/19 | 127 | Osmin Cruz-Ramos & Samantha Jordan | Dividend paid 100.00% on $2,000.00; Claim# 41; Filed: $2,000.00; Reference: | 5600-000 | | 2,000.00 | 2,775.00 |
| 05/22/19 | 128 | Christine Snyder & Ryan Lipareli | Dividend paid 100.00% on $2,775.00; Claim# 48P; Filed: $2,775.00; Reference: | 5600-000 | | 2,775.00 | 0.00 |
| 09/05/19 | 121 | Patricia Giordano | Dividend paid 100.00% on $2,775.00; Claim# 11P; Filed: $2,775.00; Reference: Stopped: check issued on 05/22/19 | 5600-000 | | -2,775.00 | 2,775.00 |
| 09/06/19 | | Transition transfer debit | Transition transfer debit | 9999-000 | | 2,775.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **566,576.29** | **566,576.29** | **$0.00** |
| Less: Bank Transfers | 24,955.86 | 2,775.00 | |
| **Subtotal** | **541,620.43** | **563,801.29** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$541,620.43** | **$563,801.29** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP
**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Mechanics Bank
**Account:** ******2967 - Checking Contract DP
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/15 | {2} | R. Kenneth Barnard | Chapter 11 funds contract DP distributed to chapter 7 account | 1290-000 | 651,000.00 | | 651,000.00 |
| 12/22/15 | 101 | Bethpage Federal Credit Union | Payment per terms of Stipulation and Order, dated 3/24/15 [Docket item 337] | 4110-000 | | 626,000.00 | 25,000.00 |
| 01/15/16 | 102 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2016 FOR CASE #814-70002, U.S.B.C, E.D.N.Y., Trustee Blanket Bond Payment | 2300-000 | | 44.14 | 24,955.86 |
| 01/10/17 | | To Account #******2966 | Funds are no longer in dispute, transfer to regular checking account | 9999-000 | | 24,955.86 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **651,000.00** | **651,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 24,955.86 | |
| **Subtotal** | **651,000.00** | **626,044.14** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$651,000.00** | **$626,044.14** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70002-REG
**Case Name:** Thatched Cottage LP

**Taxpayer ID #:** **-***2444
**Period Ending:** 12/05/19

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** United Bank
**Account:** ********1613 - Checking Account
**Blanket Bond:** $69,289,805.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/19 | | Transfer from 0061 to 1613 | Transfer from 0061 to 1613 | 9999-000 | 2,775.00 | | 2,775.00 |
| 09/16/19 | 10129 | Clerk, United States Bankruptcy Court | Unclaimed funds; Dividend paid 100.00% on $2,775.00; Claim# 11P | 5600-000 | | 2,775.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,775.00** | **2,775.00** | **$0.00** |
| Less: Bank Transfers | 2,775.00 | 0.00 | |
| **Subtotal** | **0.00** | **2,775.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,775.00** | |

| | |
|---|---|
| Net Receipts : | 1,192,620.43 |
| Net Estate : | $1,192,620.43 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2966** | **541,620.43** | **563,801.29** | **0.00** |
| **Checking # ******2967** | **651,000.00** | **626,044.14** | **0.00** |
| **Checking # ********1613** | **0.00** | **2,775.00** | **0.00** |
| | **$1,192,620.43** | **$1,192,620.43** | **$0.00** |